STATE OF NEW JERSEY v. WILLIAM C. FOURGERAL, JR.

March 27, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. LUDWIG BRUSCHI.

March 27, 1973. Petition for certification denied.

BOW AND ARROW MANOR, INC. v.
TOWN OF WEST ORANGE.

May 1, 1973. Petition for certification granted.

BOROUGH OF SAYREVILLE v.
MIDDLESEX COUNTY BOARD OF TAXATION.

May 1, 1973. Petition for certification denied.

VIRGINIA M. NARCISO v. BETHLEHEM STEEL CORP.

May 1, 1973. Petition for certification denied.

PATRICIA LYONS v. SAYREVILLE BOARD OF EDUCATION.

May 1, 1973. Petition for certification denied.